

# Fourth Court of Appeals
## San Antonio, Texas

June 4, 2015

No. 04-15-00121-CV

**INTEREST OF A.T., A.T., X.T., M.T., AND F.T.,**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02073
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

We **order David Zarate** to file by **June 15, 2015**, the supplemental reporter's record requested by the Department. That record consists of the hearings conducted in this case on June 12, 2014, October 9, 2014, January 20, 2015, and February 5, 2015.

We **grant** appellee's motion for extension of time to file its brief in response to the appellants' briefs and order the Department's brief due **June 25, 2015**.

The court reporter and the Department are advised that no extensions of time will be granted absent a showing of extraordinary circumstances.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of June, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court